MILTON L. LEVY, as Executor, etc., of EVA C. SMITH, Sometimes Known as EVA WALZER, Deceased, Respondent, v. S. & H. TRUCKING CORPORATION and Another, Appellants.— Order granting plaintiff's motion for the examination of defendants before trial and directing the production of certain books and papers affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Young, Kapper, Hagarty and Davis, JJ.,

* Affd., 264 N. Y. 697.

concur; Lazansky, P. J., dissents as to examination as to the relationship of the defendant corporation to the Rosen Bros. News Agency, Inc.